[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11803

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

EDWIN HURTADO SEGURA,
a.k.a. Rin-Rin,
a.k.a. Turinti,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

2                    Opinion of the Court                    24-11803

D.C. Docket No. 8:20-cr-00341-VMC-UAM-5

_____

Before NEWSOM, LAGOA, and WILSON, Circuit Judges.

PER CURIAM:

Angela B. Wright, appointed counsel for Edwin Hurtado Segura in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's overall assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Segura's conviction and sentence are **AFFIRMED**.